UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAWRENCE EDWARD            )
MADISON,                   )
                           )
        Petitioner,        )
                           )
v.                         )   CV424-029
                           )
SHAWN GILLIS, Warden,      )
                           )
        Respondent.        )

# ORDER

*Pro se* petitioner Lawrence Edward Madison filed the instant 28 U.S.C. § 2254 petition challenging his 2012 conviction for child molestation. *See* doc. 1 at 1. The Court directed Respondent Warden Gillis to file a response. *See generally* doc. 2. The deadline for that response is April 9, 2024. *See id.* at 2. The Commissioner of the Georgia Department of Corrections, Tyrone Oliver, has moved to intervene. Doc. 5. Petitioner has not responded to the Motion to Intervene. *See generally* docket. The Motion is, therefore, ripe for disposition.

Commissioner Oliver's Motion informs the Court that Wheeler Correctional Facility, where Madison is incarcerated, is "a 'private prison' operated by a corporation pursuant to a contract with the Georgia

1

Department of Corrections." Doc. 5-1 at 1. This Court has previously recognized that the warden of a private prison "is an employee of the corporation running the prison, not a state employee," and that the proper respondent was the Commissioner of the Department of Corrections, as "the officer in charge of Georgia's penal institutions." *See Clemons v. Medlin*, CV114-129, doc. 9, at 1-2 (S.D. Ga. Sept. 17, 2014). The United States District Court for the Northern District of Georgia has also found that the Commissioner is the proper respondent. *See Sands v. Medlin*, 2014 WL 6791588, at *1 (N.D. Ga. Dec. 2, 2014). Moreover, Madison's failure to respond indicates that he does not oppose the Motion. *See* S.D. Ga. L. Civ. R. 7.5. Accordingly, the Commissioner's Motion to Intervene is **GRANTED**. Doc. 5. The Clerk is **DIRECTED** to update the caption of this case to indicate that the Respondents are Shawn Gillis, Warden, and Tyrone Oliver, in his official capacity as the Commissioner of the Georgia Department of Corrections. *See Clemons*, CV114-129, doc. 9 at 2; *Sands*, 2014 WL 6791588, at *1.

**SO ORDERED**, this 22nd day of March, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA