AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LAWRENCE MADISON,

        Petitioner,

v.

SHAWN GILLIS, and TYRONE OLIVER,

        Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   4:24-cv-29

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's June 27, 2025 Order adopting the Magistrate Judge's Report and Recommendation, Plaintiff's Petition for Writ of Habeas Corpus is denied.  Further, the Court denies a Certificate of Appealability.  This case stands closed.

6/27/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020